4 Dec 2015

THIRD COURT OF APPEALS
P.O. BOX 12547
AUSTIN, TX 78711-2547
   ATTN MS FRANCES HEWTTY

Please reference COA #03-15-00513-CV (Trial Court # C2015A). Enclosed is my REPLY BRIEF to appellee's BRIEF OF APPELLEE which was filed on 25 Nov 2015. Should you find some deficiency in this filing please let me know in time for me to make any needed correction. Thanks

On 15 Sept 2015 when I dropped my appellant brief off with you I also gave you a statement of bill of costs. I need to add the document preparation cost I paid for the Reply Brief. The revised bill of costs is attached. Should the court need I can provide copy of cancelled checks etc to support the costs listed.

Regards



MR. DALE SHUMWAY
8406 ZODIAC DR
UNIVERSAL CTY, TX 78148-2611

1 atch
Revised Bill of Costs

210 860-6613 cell


RECEIVED
DEC 0 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## STATEMENT OF APPELLANT'S BILL OF COSTS

RE:   COA #03-15-00513-CV        TRIAL COURT #C2015-0215A


- FILING FEES - check #1051                                    $   195.00


- PREPARATIONS OF DOCUMENTS                                     $   185.00
    Gina Kygar - check #1053


- DOCUMENTS FROM DISTRICT COURT
    Clerk of Court - check #1050            $    42.25
    Recorder - check #1049                  $   609.00


- COPY DOCUMENTS AND FILING OF DOCKETING
  STATEMENT                                                     $    17.62


- COST OF SERVICE (certified mail)
    $3.94 + $9.03                                               $    12.97
                                                                $1,061.84
- DOCUMENT PREPARATION - REPLY BRIEF                              100 ⁰⁰
    CHECK # 1054                                                $1,161.84

                            _Elwyn D Shumway_
                            Elwyn D. Shumway

ATCH #1

Mr. Dale Shumway
8406 Zodiac Dr.
Universal City, TX 78148-2611



CERTIFIED MAIL

7015 1660 0000 7361 2838

To

THIRD COURT OF APPEALS
P.O. BOX 12547
AUSTIN, TEXAS 78711-2547



U.S. POSTAGE
PAID
UNIVERSAL CITY,TX
78148
DEC 04, 15
AMOUNT
$1.64
00101180-05
1000
78711

U.S. POSTAGE
PAID
UNIVERSAL CITY,TX
78148
DEC 04, 15
AMOUNT
$3.45
00101180-05
1000
78711

